No. 78–41. LUGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–43. BIRMINGHAM ET UX. v. ALLISON ET UX., DBA ALLISON'S RESTAURANT. Ct. App. Tenn. Certiorari denied.

No. 78–46. GATLING ET AL. v. ATLANTIC RICHFIELD Co. C. A. 2d Cir. Certiorari denied.

No. 78–47. SCHULKE v. SCHULKE. Ct. App. Colo. Certiorari denied.

No. 78–48. SPIEGEL v. MOYE, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 78–50. WELLS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 78–52. PIERCE v. CAPITAL CITIES COMMUNICATIONS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–56. HATCHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–59. PRAETZ ET AL. v. PETERSEN, DIRECTOR, DEPARTMENT OF PUBLIC HEALTH OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–62. NORDBY SUPPLY Co. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–68. NAVARRO v. DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 78–69. MOHAWK TOWING Co., INC., ET AL. v. STREET, ADMINISTRATOR, ET AL. C. A. 5th Cir. Certiorari denied.